**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR243** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **JAMARR HOLIDAY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for leave to file a motion to suppress (Filing No. 224) in this proceeding involving an alleged supervised release revocation.

Holiday anticipates arguing Fourth Amendment issues. The Eighth Circuit has stated that, absent a showing of harassment, the exclusionary rule does not apply to hearings regarding supervised release revocations. *United States v. Charles,* 531 F.3d 637, 640 (8th Cir. 2008). Holiday has not made a showing of harassment.

IT IS ORDERED that the Defendant's motion for leave to file a motion to suppress (Filing No. 224) is denied.

DATED this 8th day of September, 2010.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge